IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY DOWNS, II,

    Petitioner,                      No. CIV-S-11-0163 KJN (TEMP) P

    vs.

DOMINGO URIBE, JR.,

    Respondent.                    ORDER

_____/

        Petitioner has filed a request under Rule 27 of the Federal Rules of Civil Procedure for an order authorizing deposition of several persons including current and /or former employees of the California Attorney General's Office, the Sacramento County District Attorney's Office, the California Board of Prison Terms, the Superior Court of Sacramento County, and the Office of the Governor of California.  Petitioner has failed to comply with the requirements of Rule 27, most notably, he has not indicated that he expects that the persons identified in his request will be adverse parties in an action cognizable under federal law, he has not described the subject matter of the action he foresees, and he has not outlined the facts that he hopes to establish through the depositions of the persons identified.  For these reasons, petitioner's Rule 27 petition will be denied.

////

1 | Petitioner is informed that the court views his Rule 27 petition as frivolous. If petitioner continues to file frivolous actions, the court may impose sanctions.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's Rule 27 petition for an order authorizing depositions is denied.

2. The Clerk of the Court is directed to close this action.

DATED: January 24, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

down0163.108a