1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY DOWNS, II,

11            Petitioner,                    No. CIV S-11-0163 GEB KJN (TEMP) P

12        vs.

13   DOMINGO URIBE, JR.,

14            Respondent.              ORDER

15   _____/

16            Petitioner has filed a document in which he requests that the court "certify" for

17   appeal the denial of his petition filed pursuant to Rule 26 of the Federal Rules of Civil Procedure.

18   Petitioner's Rule 26 petition is frivolous.  Therefore, court declines the request to "certify" any

19   question raised in the petition for appeal.

20   Dated:  April 6, 2011

21

22   _____
     GARLAND E. BURRELL, JR.
23   United States District Judge

24

25

26